IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVIOUS BOYD, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-CV-00198-MTT-CHW |
| | * |
| Warden COX, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 6th day of July, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk